UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DANIEL Z. MOHRBACHER, | Case No. CV 18-00513-DMG (GJS) |
|---|---|
| Petitioner | |
| v. | **JUDGMENT** |
| FELICIA PONCE, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed without prejudice to Petitioner (or the Director of the Bureau of Prisons) filing any appropriate sentence reduction motion in the sentencing court.

DATED: January 10, 2019

/s/ Dolly M. Gee
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE